1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  James M. Royster

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JAMES M. ROYSTER,              ) Case No.: CV 11-3309 JCG
                                    )
12 |         Plaintiff,             ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
13 |     vs.                        ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,             ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, ) U.S.C. § 1920
                                    )
15 |         Defendant             )
                                    )
16 | _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $2,000.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

   DATE:   April 3, 2012
23
                                    _____
24                                  THE HONORABLE JAY C. GANDHI
                                    UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ *Lawrence D. Rohlfing*
     _____
4    Lawrence D. Rohlfing
     Attorney for plaintiff James M. Royster
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26